# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Brian Preston | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:15-cv-114 |
| Great Lakes Specialty Finance, Inc., et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's motion for summary judgment (Doc. 30) is GRANTED. The Clerk shall enter judgment accordingly, whereupon this case is TERMINATED in this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black on a motion for Summary Judgment.

Date: 4/18/17

CLERK OF COURT

Gail A. Seibert

Signature of Clerk or Deputy